FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Vega-Hernandez, Manuel <br> Defendant. | Case No.: SACR11-33-CJC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CDCA  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  backgrd, cmty ties unknown due to failure to interview; bail resources unknown; illegal immigr status; assoc w/multiple personal identifiers; history of noncompliance with supervision conditions

1
2
3         and/or
4  B.    ☒ The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the safety of any
6         other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7         finding is based on ___criminal history record___
8
9
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __7/24/12__
                                      _____
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE